**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rodney Allen HAYNES, Defendant–Appellant.**

No. 02–6160.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 26, 2002.

Robert L. Abell, Lexington, Kentucky, for Appellant. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Rodney Allen Haynes seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Haynes,* Nos. CR–98–27; CA–00–962–2 (S.D.W.Va. Dec. 21, 2001). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*